1  Bruce J. Berger, SBN 133320
   Joshua D. Milton, SBN 324982
2  **BERGER MILTON, INC.**
   2147 Herndon Avenue
3  Suite 103
   Clovis, California 93611
4  Voice: (559) 326-7914
   FAX:  (559) 533-0428
5  Email: bruceb@bergermilton.com;
        joshuam@bergermilton.com
6
   Attorneys for Defendant, FRESNO UNIFIED SCHOOL DISTRICT and Thomas Williams (sued herein
7  as VICE PRINCIPAL WILLIAMS)

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 NAVEAH GARCIA,                          )  Case No.: 1:25-cv-01096-JLT-SKO
                                           )
12                                         )  **ANSWER BY DEFENDANT WILLIAMS TO**
                     Plaintiff,            )  **PLAINTIFF'S SECOND AMENDED**
13                                         )  **COMPLAINT; DEMAND FOR JURY TRIAL**
          vs.                              )
14                                         )  Complaint Filed: January 20, 2025
   FRESNO UNIFIED SCHOOL DISTRICT, VICE   )  Removal Date: August 28, 2025
15 PRINCIPAL WILLIAMS, and DOES 1 through  )  Trial Date: TBD
   25, inclusive,                          )
16                                         )
                                           )
17                   Defendants.           )
                                           )
18                                         )
                                           )
19 _____ )

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        Defendant Thomas Williams ("WILLIAMS") (sued herein as Vice Principal Williams) hereby

22 responds to Plaintiff's Second Amended Complaint ("SAC") as follows:

23        1.      Defendant WILLIAMS is without sufficient knowledge to admit or deny Paragraph 1 of

24 the SAC as to whether Fresno Unified School District ("FUSD") represented that Plaintiff's suspension

25 would be removed from her permanent record.

26        2.      Defendant WILLIAMS admits on information and belief the allegations in Paragraph 2

27 of the SAC that Plaintiff submitted a government claim to FUSD on June 12, 2024, which claim was

28

                                            1
Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

1  rejected on or about July 26, 2024; however, Defendant WILLIAMS denies Plaintiff complied with the
2  Government Claims Act with respect to claims accruing in 2023.

3      3.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations
4  in Paragraph 3 of the SAC as to whether Plaintiff timely filed a complaint with the Civil Rights
5  Department and/or whether Plaintiff was provided a right to sue letter from the Civil Rights
6  Department.

7      4.    Defendant WILLIAMS is without sufficient knowledge to admit or deny allegations in
8  Paragraph 4 of the SAC which are based on Plaintiff's information and belief but admits FUSD is a
9  public entity school district organized and existing under the laws of the State of California.

10     5.    Defendant WILLIAMS admits the allegation in Paragraph 5 of the SAC that Defendant
11 WILLIAMS was acting in the course and scope of employment at all relevant times, but is without
12 sufficient knowledge to admit or deny whether anyone other than Defendant WILLIAMS acted within
13 the course and scope of their employment or whether the acts of other defendants were authorized,
14 ratified and/or approved by other defendants.

15     6.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegation
16 in Paragraph 6 of the SAC.

17     7.    Defendant WILLIAMS admits the allegations in Paragraph 7 of the SAC to the effect
18 that Defendant FUSD operates a public school system in Fresno County. Defendant WILLIAMS is
19 without sufficient knowledge to admit or deny the remaining allegations of Paragraph 7.

20     8.    Defendant WILLIAMS admits on information and belief the allegations in Paragraph 8
21 of the SAC that Plaintiff submitted a government claim to FUSD on June 12, 2024, which claim was
22 rejected on or about July 26, 2024; however, Defendant WILLIAMS denies Plaintiff complied with the
23 Government Claims Act with respect to claims accruing in 2023.

24     9.    Defendant WILLIAMS admits the allegations in Paragraph 9 of the SAC.

25     10.   Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations
26 in Paragraph 10 of the SAC.

27     11.   Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations
28 in Paragraph 11 of the SAC.

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

12.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 12 of the SAC.

13.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 13 of the SAC.

14.    Defendant WILLIAMS admits meeting with Plaintiff on or about January 24, 2023, directing Plaintiff to wait in the office lobby and instructing Plaintiff not to text or call anyone, but is without sufficient knowledge to admit or deny the remaining allegations in Paragraph 14 of the SAC.

15.    Defendant WILLIAMS admits suspending Plaintiff and explaining to Plaintiff and Plaintiff's guardian the reasons for Plaintiff's suspension, but is without sufficient knowledge to admit or deny the remaining allegations in Paragraph 15 of the SAC.

16.    Defendant WILLIAMS admits instructing Plaintiff to wait in the lobby until she was picked up, that Plaintiff was excused to use the bathroom in the nurse's office, and that Plaintiff was not allowed to go to classes or leave the office. Defendant WILLIAMS denies Plaintiff was not offered lunch and is without sufficient knowledge to admit or deny the remaining allegations in Paragraph 16 of the SAC.

17.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 17 of the SAC.

18.    Defendant WILLIAMS admits Plaintiff was suspended on or about January 24, 2023, but is without sufficient knowledge to admit or deny the remaining allegations in Paragraph 18 of the SAC.

19.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 19 of the SAC.

20.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 20 of the SAC.

21.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 21 of the SAC.

22.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 22 of the SAC.

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

23.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 23 of the SAC.

24.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 24 of the SAC.

25.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 25 of the SAC.

26.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 26 of the SAC.

27.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 27 of the SAC.

28.     Defendant WILLIAMS neither admits nor denies Paragraphs 28 through 34 of the SAC in that said paragraphs pertain to causes of action not alleged against Defendant WILLIAMS and thus immaterial to Defendant WILLIAMS.

29.     In response to Paragraph 35 of the SAC, Defendant WILLIAMS incorporates by reference Paragraphs 1 through 28 above as though set forth herein.

30.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 36 of the SAC.

31.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 37 of the SAC.

32.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 38 of the SAC.

33.     Defendant WILLIAMS admits Plaintiff was suspended and denies the remainder of Paragraph 39 of the SAC.

34.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 40 of the SAC.

35.     Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 41 of the SAC.

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

36.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 42 of the SAC.

37.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 43 of the SAC.

38.    In response to Paragraph 44 of the SAC, Defendant WILLIAMS incorporates by reference Paragraphs 1 through 37 above as though set forth herein.

39.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 45 of the SAC.

40.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 46 of the SAC.

41.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 47 of the SAC.

42.    Defendant WILLIAMS admits Plaintiff was suspended and denies the remainder of Paragraph 48 of the SAC.

43.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 49 of the SAC.

44.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 50 of the SAC.

45.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 51 of the SAC.

46.    Defendant WILLIAMS is without sufficient knowledge to admit or deny the allegations in Paragraph 52 of the SAC.

47.    Defendant WILLIAMS neither admits nor denies Paragraphs 53 through 57 of the SAC in that said paragraphs pertain to a cause of action not alleged against Defendant WILLIAMS and thus immaterial to Defendant WILLIAMS.

///

///

///

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

48.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff's SAC fails to state facts sufficient to constitute a cause of action against Defendant WILLIAMS.

## SECOND AFFIRMATIVE DEFENSE

(Unclean Hands)

49.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff's claims are barred because Plaintiff has unclean hands.

## THIRD AFFIRMATIVE DEFENSE

(Waiver)

50.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff has waived any and all claims against Defendant WILLIAMS.

## FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

51.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff's claims are barred, in whole or in part, by estoppel.

## FIFTH AFFIRMATIVE DEFENSE

(Laches)

52.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff's claims are barred by laches.

## SIXTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

53.    Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff failed to reasonably mitigate her damages attributable to the matters alleged in Plaintiff's SAC.

///

///

///

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

**SEVENTH AFFIRMATIVE DEFENSE**

(Reduction of Damages/Offset)

54.     To the extent any damages are awarded to Plaintiff, such damages must be offset and reduced by amounts Plaintiff previously received from third parties for the same alleged injuries she claims to have suffered.

**EIGHTH AFFIRMATIVE DEFENSE**

(Res Judicata/Collateral Estoppel)

55.     Out of an abundance of caution, and to avoid waiver, Defendant WILLIAMS alleges Plaintiff's claims are barred by res judicata and/or collateral estoppel.

**NINTH AFFIRMATIVE DEFENSE**

(Immunity)

56.     Defendant WILLIAMS alleges Plaintiff's right(s) to recover are precluded by statutory, common law and/or governmental immunities including, but not necessarily limited to, California Government Code § 820.2.

**TENTH AFFIRMATIVE DEFENSE**

(Statutes of Limitations)

57.     Defendant WILLIAMS alleges Plaintiff's claims are barred by the statute(s) of limitations under the California Tort Claims Act (California Government Code §§ 900 et seq.) including, without limitation, California Government Code §§ 911.2 and 911.4; and/or California Code of Civil Procedure 335.1. [*Action Apartment Ass'n, Inc. v. Santa Monica Rent Control Bd.* (9th Cir. 2007) 509 F.3d 1020, 1026; *Morales v. City of Los Angeles* (9th Cir. 2000) 214 F.3d 1151, 1153-54; *Olsen v. Idaho State Bd. of Med.* (9th Cir. 2004) 363 F.3d 916, 926.]

**OTHER AFFIRMATIVE DEFENSES**

58.     Defendant WILLIAMS has insufficient knowledge or information upon which to form a belief as to whether he may have additional, as yet unstated, affirmative defenses available.  Defendant WILLIAMS expressly reserves his right to assert additional affirmative defenses if discovery indicates such defenses are appropriate.

///

7

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

## PRAYER FOR RELIEF

WHEREFORE, Defendant WILLIAMS prays for judgment as follows:

1.      That judgment be entered in favor of Defendant WILLIAMS and against Plaintiff;

2.      That Plaintiff take nothing by reason of her SAC;

3.      That Defendant WILLIAMS be awarded his costs of suit according to proof;

4.      That Defendant WILLIAMS be awarded his reasonable attorneys' fees and expert fees, if any, under 42 U.S.C. section 1988, and/or any other applicable state and federal laws; and

5.      For such other and further relief this court deems just and proper.

## DEMAND FOR JURY TRIAL

Defendant WILLIAMS hereby demands a trial in this matter by jury as to those matters that are properly tried before a jury.


Dated: October 17, 2025.                    BERGER MILTON, INC.


By: _____ _____
        Joshua D. Milton, Attorneys for Defendants,
        FRESNO UNIFIED SCHOOL DISTRICT and
        THOMAS WILLIAMS

8

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF FRESNO**
**[CCP § 1013]**

I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action. My business address is 2147 Herndon Avenue, Suite 103, Clovis, California 93611.

On October 17, 2025, I served the foregoing document described as:  **ANSWER BY DEFENDANT WILLIAMS TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action by sending a true copy thereof addressed as follows:

Peter Sean Bradley, Esq.                    *Attorneys for Plaintiff, NEVAEH GARCIA*
Laura Elizabeth Brown, Esq.
BRADLEY & BROWN
6780 N. West Avenue, Suite 102
Fresno, California  93711
(559) 960-5613 – Bradley, Esq.
(559) 862-8633 – Brown, Esq.
petersean@aol.com
laura@lauraebrown.com

\_\_\_\_   (BY U.S. MAIL) By placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid at Clovis, California.

✓   (BY EMAIL or ELECTRONIC TRANSMISSION) I caused a PDF copy of the above-mentioned documents to be sent from email address margaretm@bergermilton.com to the persons at the electronic service addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 17, 2025, at Clovis, California.

*Margaret Martinez-Micheli*
Margaret Martinez-Micheli

9

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Answer by Defendant Williams to Plaintiff's Second Amended Complaint**