1  Bruce J. Berger, SBN 133320
   Joshua D. Milton, SBN 324982
2  **BERGER MILTON, INC.**
   2147 Herndon Avenue
3  Suite 103
   Clovis, California 93611
4  Voice: (559) 326-7914
   FAX:   (559) 533-0428
5  Email: bruceb@bergermilton.com;
          joshuam@bergermilton.com
6
7  Attorneys for Defendant, FRESNO UNIFIED SCHOOL DISTRICT and Thomas Williams (sued herein as VICE PRINCIPAL WILLIAMS)

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NAVEAH GARCIA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, VICE PRINCIPAL WILLIAMS, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.: 1:25-cv-01096-JLT-SKO<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]**<br><br>Complaint Filed: January 20, 2025<br>Removal Date: August 28, 2025<br>Trial Date: TBD<br><br>Judge: Hon. Jennifer L. Thurston<br>Date: November 21, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4, 7th floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on November 21, 2025, at 9:00 a.m., or as soon thereafter as the parties may be heard, Defendant Fresno Unified School District ("FUSD") will move this Court, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Courtroom 4, 7th floor, for an order dismissing Plaintiff's Second and Fifth Causes of Action alleged in Plaintiff's Second Amended Complaint ("SAC') for Invasion of Privacy and Violation of California Constitution Article I, § 31, respectively, on grounds that said state law claims are time-barred under the California Government Claims Act.

1

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Notice of Motion and Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

Therefore, Defendant FUSD respectfully requests the Court:

1. Dismiss Plaintiff's Second and Fifth Causes of Action as against Defendant FUSD; and

2. Award Defendant FUSD any other relief to which it is entitled.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Joshua D. Milton and exhibits thereto and the Request for Judicial Notice, all of which are filed concurrently herewith, the complete file in this action, and on any other oral or documentary evidence to be produced at the hearing on this motion.

**Meet and Confer Certification**

Counsel for Defendant FUSD and counsel for Plaintiff engaged in the following pre-filing meet and confer efforts to informally resolve those matters contained in the instant motion:

1. On September 2, 2025, counsel for Defendant FUSD sent Plaintiff's counsel an email stating their intention to move to dismiss the Second and Fifth Causes of Action of Plaintiff's First Amended Complaint (which are substantively identical to the Second and Fifth Causes of Action contained in Plaintiff's SAC), the general grounds upon which such motion would be based, provided dates and times of defense counsel's availability to meet and confer by telephone, and invited Plaintiff's counsel to provide the same. A true and correct copy of this email is attached as Exhibit "C" to the Declaration of Joshua D. Milton filed concurrently herewith.

2. On September 2, 2025, the parties' attorneys met and conferred by telephone regarding the matters contained herein. Plaintiff's counsel agreed to dismiss the state law causes of action against Defendant Williams and a stipulation and order to that effect was executed and filed in this matter. [Electronic Case File ("ECF") No. 4.] The parties were unable to agree as to the causes of action alleged against FUSD necessitating the filing of the instant motion.

3. On September 4, 2025, the Court issued a minute order construing the parties' stipulation as an unopposed motion seeking leave to amend under Fed.R.Civ.P. 15 and granting leave to amend. [ECF No. 5.]

///

2

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Notice of Motion and Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

4.  Plaintiff filed the SAC on October 3, 2025, with the Second and Fifth Causes of Action remaining as against Defendant FUSD.

Dated: October 17, 2025.                    BERGER MILTON, INC.


By: _____
Joshua D. Milton, Attorneys for Defendants,
FRESNO UNIFIED SCHOOL DISTRICT and
WILLIAMS

3
Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Notice of Motion and Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF FRESNO**
**[CCP § 1013]**

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action. My business address is 2147 Herndon Avenue, Suite 103, Clovis, California 93611.

On October 17, 2025, I served the foregoing document described as: **NOTICE OF MOTION AND MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]** on the interested parties in this action by sending a true copy thereof addressed as follows:

| | |
|---|---|
| Peter Sean Bradley, Esq.<br>Laura Elizabeth Brown, Esq.<br>BRADLEY & BROWN<br>6780 N. West Avenue, Suite 102<br>Fresno, California 93711<br>(559) 960-5613 – Bradley, Esq.<br>(559) 862-8633 – Brown, Esq.<br>petersean@aol.com<br>laura@lauraebrown.com | *Attorneys for Plaintiff, NEVAEH GARCIA* |

____ (BY U.S. MAIL) By placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid at Clovis, California.

✓ (BY EMAIL or ELECTRONIC TRANSMISSION) I caused a PDF copy of the above-mentioned documents to be sent from email address margaretm@bergermilton.com to the persons at the electronic service addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2025, at Clovis, California.

*Margaret Martinez-Micheli*
Margaret Martinez-Micheli

4

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Notice of Motion and Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**