Bruce J. Berger, SBN 133320
Joshua D. Milton, SBN 324982
**BERGER MILTON, INC.**
2147 Herndon Avenue
Suite 103
Clovis, California 93611
Voice: (559) 326-7914
FAX:   (559) 533-0428
Email: bruceb@bergermilton.com;
       joshuam@bergermilton.com

Attorneys for Defendant, FRESNO UNIFIED SCHOOL DISTRICT and Thomas Williams (sued herein as VICE PRINCIPAL WILLIAMS)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVEAH GARCIA,<br><br>       Plaintiff,<br><br>vs.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, VICE PRINCIPAL WILLIAMS, and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: 1:25-cv-01096-JLT-SKO<br><br>**DECLARATION OF JOSHUA D. MILTON IN SUPPORT OF MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]**<br><br>Complaint Filed: January 20, 2025<br>Removal Date: August 28, 2025<br>Trial Date: TBD<br><br>Judge: Hon. Jennifer L. Thurston<br>Date: November 21, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4, 7th floor |

I, Joshua D. Milton declare:

   1.   I am a shareholder of the law firm of Berger Milton, Inc., attorneys of record for Defendant FRESNO UNIFIED SCHOOL DISTRICT ("FUSD") and am duly licensed to practice before all courts in the State of California. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could, and would, competently testify to the following.

   2.   Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Written Claim for Damages signed by Plaintiff's counsel on May 21, 2021, received by FUSD on June 12, 2024, and

1

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Declaration of Joshua D. Milton in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

referred to in paragraphs 2 and 8 of Plaintiff's Second Amended Complaint ("SAC"), judicial notice of which is requested.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Notice of Rejection of Claim dated July 26, 2026, referred to in the SAC at paragraphs 2 and 8, judicial notice of which is requested.

4. Attached hereto as Exhibit "C" is a true and correct copy of my email dated September 2, 2025, to Plaintiff's counsel re meeting and conferring in advance of Defendant's filing of the instant motion. This email was followed by a telephone conference on September 2, 2025, between me and attorney Peter Sean Bradley wherein we discussed the matters set forth in the instant motion. Mr. Bradley clarified that the state law causes of action in the First Amended Complaint were not meant to be alleged against Defendant Williams and a Stipulation and Order was executed and filed to that effect. [Electronic Case File ("ECF") No. 4.] Mr. Bradley and I were unable to agree as to the causes of action against Defendant FUSD.

5. On September 4, 2025, the Court issued a minute order construing the parties' stipulation as an unopposed motion seeking leave to amend under Fed.R.Civ.P. 15 and granting leave to amend. [ECF No. 5.] Plaintiff filed the SAC on October 3, 2025 [ECF No. 6] in accordance with the parties' meet and confer efforts. The SAC retains the second and fifth causes of action against FUSD necessitating the filing of the instant motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Clovis, California on October 17, 2025.

                                                        Joshua D. Milton

2

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Declaration of Joshua D. Milton in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

# EXHIBIT A

Peter Sean Bradley, SBN 109258
Attorney at Law
6780 N. West Avenue
Fresno, California 93711
Telephone No.: (559) 960-5613
Email: Petersean@aol.com

Attorney for Claimant
Naeveh Garcia

RECEIVED JUN 1 2 2024
BENEFITS AND RISK MANAGEMENT
FRESNO UNIFIED SCHOOLS

**CLAIM AGAINST FRESNO UNIFIED SCHOOL DISTRICT**

Naeveh Garcia,                )
                              )
        Claimant              )  **WRITTEN CLAIM FOR**
                              )  **DAMAGES**
                              )  **(Govt. Code §900, 905, 910,**
                              )  **910.2; AR 3810; BP 3810.)**
                              )
                              )
                              )
                              )
                              )
                              )

**To: Clerk of Board of Education of Fresno Unified School District (Address: 2309 Tulare Street, Fresno, California 93721; Phone: (559) 457-3000), and/or**

1
Written Claim for Damages

to Office of the Superintendent of Schools, (Address: 2309 Tulare Street, Fresno, California 93721; Phone: (559) 457-3000)

**Claimant:**

Nevaeh Garcia c/o Joanna Henry, whose address is: 6176 N. Palm Ave., Unit C, Fresno CA 93704.

Claimant's attorney's address is: Peter Sean Bradley, Esq., 6780 N. West Avenue, Suite 102, Fresno CA 93711.

**Person to Whom Notices Should Be Sent:**

Peter Sean Bradley (SBN 109258)
6780 N. West Avenue, Suite 102
Fresno CA 93711
Telephone: (559) 960-5613
Email: Petersean@aol.com

**When and Where did Injury/Damages Occur?**

January 15, 2023 through February 23, 2024.

**Description of Injury/Damages/Loss:**

On or about January 15, 2023, Claimant made an Instagram video where she asked where certain racially derogatory words were taboo while others were not. She used the actual words, including a variant of the "n-word" that was used at her school and in certain songs, as well as "cracker" and "beaner." She made this video at home on her own time with her own phone. She did not make any racist aspersions. She did not target any person or group. She asked a question about taboos.

Claimant went to Edison High School in 2023. Claimant was a straight A student and had never previously been in trouble.

At her school, videos were made accusing Naveah of being a member of the KKK.

On January 24, 2023, Claimant went into the office to explain what was going on. She was told to wait in the lobby but not to text anyone. She waited in the Lobby from 8:15 am to 1 pm. She was told by Vice Principal Williams that she was going to be suspended. She asked for the reason for the suspension and was told it was because of the "negative impact" she had on the school. Williams also explained that if "a company employee had made a video like hers, that person would have been fired because how it made the company look." Naeveh asked for an explanation of why certain words could be said and others could not; Williams used the term "beaner" and "cracker" in her presence in explaining that these words were different from any variation on the "n-word."

Claimant was denied breakfast and lunch as she was held in detention in the office.

Claimant was suspended on January 24, 2023. Teacher Shue Vang sent a screenshot of an email that went out to staff regarding Claimant's suspension. This communication went to a a group chat with other students. Claimant was also told that she would be required to undergo racial sensitivity training during the summer.

On January 25, 2023, Claimant was told through a text from student Christopher Shabaglian that she could not attend her winter percussion practice for two weeks because of her suspension.

On January 25, 2023, Claimant and her mother Joanna Henry attended an FUSD Board meeting to speak about this matter. Board member K. Thomas said that her son had experienced something like this. A person named Gomez escorted Claimant and Henry to a meeting room where he said that Claimant had been wrongfully suspended and that Claimant should have been given warning, and that

the suspension had not been handled properly. Gomez said that he would get the suspension overturned.

Between January 26, 2023 through February 3, 2023, multiple threats were made against Claimant. When Joanna Henry attempted to alert the school to the problem, she was brushed off. Ultimately, after threatening to go to the news, the principal contacted Henry and promised to keep an eye out for her safety and provide emotional support staff.

However, on February 3, 2023, three girls in Claimant's class began to call Claimant a "Racist Bitch." They threatened Claimant. Claimant was taken out of class and escorted to the Vice Principals office.

In February 2023, a Vice Principal apologized to Claimant. However, this Vice Principal did not ask how Claimant was doing or if she needed any support. The apology was done only to "clear the name" of the Vice Principal.

In March 2023, Claimant was taken out of class for a session with a social-emotional counselor. Claimant was told that bi-weekly sessions would occur. Only one session occurred. Claimant made multiple attempts to see the counselor but was never provided with an appointment.

On January 23, 2024, Claimant learned that another teacher in a different class told the class that they were restricted in making videos because a "white girl" named Naveah Garcia had posted a video about how she couldn't say the "N-word" which allegedly got him in trouble. This teacher falsely claimed that Garcia had made the video in his class.

On February 12, 2024 Claimant transferred to Bullard High School. At Bullard, she discovered that the January 2023 suspension was still in her academic record.

**Amount of Claim:**

The claim exceeds $10,000 and also exceeds the jurisdictional limits of a limited civil case.

Dated: May 21, 2024.                    Peter Sean Bradley, Esq.

*Peter Sean Bradley*
By:_____
Peter Sean Bradley
Attorney for Claimant

# EXHIBIT B

**BOARD OF EDUCATION**
Susan Wittrup, President
Valerie F. Davis, Clerk
Claudia Cazares
Genoveva Islas
Andy Levine
Elizabeth Jonasson Rosas
Keshia Thomas

**INTERIM SUPERINTENDENT**
Mao Misty Her

Fresno Unified School District — Achieving our Greatest Potential!

July 26, 2024

**CERTIFIED MAIL**

Peter Sean Bradley
Attorney at Law
6780 N. West Avenue
Fresno, CA 93711

**RE:  CLAIM FOR PERSONAL DAMAGES BY NAEVEH GARCIA**

Dear Mr. Bradley:

**NOTICE OF REJECTION OF CLAIM**

**NOTICE IS HEREBY GIVEN** that the Claim for Damages which was presented to the Fresno Unified School District on June 12, 2024, was deemed rejected by Operation of Law on July 26, 2024.

In this notice, all claims alleging wrongdoing in 2023 is being returned because it was not presented within the 6 months after the event or occurrence as required by law.  See section 901 and 912.2 of the Government Code.  Because the Claims were not presented within the time allowed by law, no action was taken on the Claims.

Your only recourse at this time is to apply without delay to the Fresno Unified School District for Leave to Present a Late Claim.  See section 911.4 to 912.2, inclusive, and section 946.6 of the Government Code.  Under some circumstances, Leave to Present a Late Claim will be granted.  See section 911.6 of the Government Code.

**WARNING**

Subject to certain exceptions you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on the 2024 claims.  See Government Code 945.6.

In providing this notice, or by any other action that may have been taken on this claim, Fresno Unified School District does not intend to relinquish or waive any of your legal claim's requirements or any rights or defenses potentially available to Fresno Unified School District or its officers, employees or agents.

Should you file a lawsuit in this matter which is determined to be in bad faith and without reasonable cause, please be advised that Fresno Unified School District will attempt to recover all its defense costs as allowed by California Code of Civil Procedure 128.5 and 1038.

Sincerely,
Patrick Jensen, Chief Financial Officer

By Stacey Sandoval
Executive Director of Benefits and Risk Management

SS/kp
Attachments

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       )
COUNTY OF FRESNO       )

Re:  **In the matter of Naeveh Garcia**

I am a resident of and am employed in the County of Fresno, California.  I am over 18 years of age and not a party to the within action.  My business address is Education Center, 2309 Tulare Street, Fresno, California 93721.

On July 26, 2024 I served the Operation of Law Claim on the party in this action by placing a true copy thereof in an envelope which was then sealed and addressed as follows:

Certified Mail # 7014 1200 0001 4110 2943

**Peter Sean Bradley**
**Attorney at Law**
**6780 N. West Avenue**
**Fresno, CA 93711**

**BY MAIL AS FOLLOWS:**  I caused such sealed envelope to be placed in the United States mail at Fresno, California, to the addressee listed above.  I mailed said envelope Certified Mail, Return Receipt Requested.  I am readily familiar with the office's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that under that practice it will be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Fresno, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.  (Code Civ. Proc.  1013)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 26, 2024, at Fresno, California.

_____
Kathy Pereida

EXHIBIT C

 Outlook

## Re: Nevaeh Garcia v. FUSD

**From** Joshua D. Milton <joshuam@bergermilton.com>
**Date** Tue 9/2/2025 11:44 AM
**To** Margaret Martinez Micheli <margaretm@bergermilton.com>; Laura Brown <laura@lauraebrown.com>
**Cc** Peter Sean Bradley <petersean@aol.com>; Bruce J. Berger <bruceb@bergermilton.com>

Ms. Brown and Mr. Bradley:
This email is in furtherance of our obligation per Judge Thurston's Standing Order to meet and confer in advance of filing a motion to dismiss under FRCP 12(b)(6). We believe we have grounds to dismiss the second and fifth causes of action alleged in the operative complaint as against Fresno Unified School District, and the first, second and fifth causes of action as against Vice Principal Williams (we assume all causes of action are alleged against all Defendants inasmuch as the operative complaint is silent in this regard).
Specifically, the Invasion of Privacy (first cause of action) and Violation of California Constitution Article I, section 31 (fifth cause of action) claims are time-barred as to both the District and Mr. Williams under the Government Claims Act, and Plaintiff's first cause of action for Defamation fails to state a claim against Mr. Williams, who is not alleged to have defamed Plaintiff.
Please let us know your availablity for a telephone conference to discuss the foregoing. Either Mr. Berger or I can be available any time today before 5:00 p.m. and/or any time tomorrow between 8:30 and 5:30 p.m.
Thank you,

*Joshua D. Milton*

BERGER | MILTON INC.

2147 Herndon Avenue

Suite 103

Clovis, California 93611

Voice: (559) 326-7914

FAX: (559) 533-0428



==========================================

CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential and proprietary

information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by forwarding this to joshuam@bjbergerlaw.com or by telephone at (559) 326-7914, and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF FRESNO
### [CCP § 1013]

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action. My business address is 2147 Herndon Avenue, Suite 103, Clovis, California 93611.

On October 17, 2025, I served the foregoing document described as: **DECLARATION OF JOSHUA D. MILTON IN SUPPORT OF MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]** on the interested parties in this action by sending a true copy thereof addressed as follows:

| | |
|---|---|
| Peter Sean Bradley, Esq.<br>Laura Elizabeth Brown, Esq.<br>BRADLEY & BROWN<br>6780 N. West Avenue, Suite 102<br>Fresno, California  93711<br>(559) 960-5613 – Bradley, Esq.<br>(559) 862-8633 – Brown, Esq.<br>petersean@aol.com<br>laura@lauraebrown.com | *Attorneys for Plaintiff, NEVAEH GARCIA* |

_____ (BY U.S. MAIL) By placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid at Clovis, California.

✓ (BY EMAIL or ELECTRONIC TRANSMISSION) I caused a PDF copy of the above-mentioned documents to be sent from email address margaretm@bergermilton.com to the persons at the electronic service addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2025, at Clovis, California.

*Margaret Martinez-Micheli*
Margaret Martinez-Micheli

---

3

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Declaration of Joshua D. Milton in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**