1  Bruce J. Berger, SBN 133320
   Joshua D. Milton, SBN 324982
2  **BERGER MILTON, INC.**
   2147 Herndon Avenue
3  Suite 103
   Clovis, California 93611
4  Voice: (559) 326-7914
   FAX:   (559) 533-0428
5  Email: bruceb@bergermilton.com;
          joshuam@bergermilton.com
6
7  Attorneys for Defendant, FRESNO UNIFIED SCHOOL DISTRICT and Thomas Williams (sued herein as VICE PRINCIPAL WILLIAMS)

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NAVEAH GARCIA, | Case No.: 1:25-cv-01096-JLT-SKO |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]** |
| vs. | |
| FRESNO UNIFIED SCHOOL DISTRICT, VICE PRINCIPAL WILLIAMS, and DOES 1 through 25, inclusive, | Complaint Filed: January 20, 2025<br>Removal Date: August 28, 2025<br>Trial Date: TBD |
| Defendants. | Judge: Hon. Jennifer L. Thurston<br>Date: November 21, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4, 7th floor |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1
Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Request for Judicial Notice in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

1. Defendant Fresno Unified School District hereby requests the Court take judicial notice under Rule 201 of the Federal Rules of Evidence of the following Exhibits to the Declaration of Joshua D. Milton in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint under Fed.R.Civ.P. 12(b)(6):

    1. **Exhibit A** – a true and correct copy of Plaintiff's Written Claim for Damages[1] signed by Plaintiff's counsel on May 21, 2021, received by FUSD on June 12, 2024, and referred to in paragraphs 2 and 8 of Plaintiff's First Amended Complaint ("SAC").

    2. **Exhibit B** – a true and correct copy of the Notice of Rejection of Claim dated July 26, 2026, referred to in the SAC at paragraphs 2 and 8.

Dated: October 17, 2025.

BERGER MILTON, INC.

By: _____
Joshua D. Milton, Attorneys for Defendants,
FRESNO UNIFIED SCHOOL DISTRICT and
THOMAS WILLIAMS

---

[1] The filing and rejection of the government claim are proper matters to be judicially noticed. [California Evidence Code § 452(c); *Gong v. City of Rosemead* (2014) 226 Cal.App.4th 363, 369, 376; *Winding v. NDEX West, LLC* (E.D.Cal. Feb. 22, 2011, No. CV F 10-2026 AWI DLB) 2011 U.S.Dist.LEXIS 17702, at *5 ("It has been the practice of district courts in California, in cases such as the one at bar, to follow the California Evidence Code by judicially noticing official acts…").]

2

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Request for Judicial Notice in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF FRESNO
### [CCP § 1013]

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action. My business address is 2147 Herndon Avenue, Suite 103, Clovis, California 93611.

On October 17, 2025, I served the foregoing document described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANT FRESNO UNIFIED SCHOOL DISTRICT TO DISMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT [Fed.R.Civ.P. 12(b)(6)]** on the interested parties in this action by sending a true copy thereof addressed as follows:

| | |
|---|---|
| Peter Sean Bradley, Esq.<br>Laura Elizabeth Brown, Esq.<br>BRADLEY & BROWN<br>6780 N. West Avenue, Suite 102<br>Fresno, California 93711<br>(559) 960-5613 – Bradley, Esq.<br>(559) 862-8633 – Brown, Esq.<br>petersean@aol.com<br>laura@lauraebrown.com | *Attorneys for Plaintiff, NEVAEH GARCIA* |

____    (BY U.S. MAIL) By placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid at Clovis, California.

✓    (BY EMAIL or ELECTRONIC TRANSMISSION) I caused a PDF copy of the above-mentioned documents to be sent from email address margaretm@bergermilton.com to the persons at the electronic service addresses set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2025, at Clovis, California.

*Margaret Martinez-Micheli*
Margaret Martinez-Micheli

---

3

Garcia v. Fresno Unified School District, et al.
Eastern District of California (Fresno Division) Case No.: 1:25-cv-01096-JLT-SKO
**Request for Judicial Notice in Support of Motion by Defendant Fresno Unified School District to Dismiss Portions of Plaintiff's Second Amended Complaint [Fed.R.Civ.P. 12(b)(6)]**